United States District Court
Southern District of Texas
**ENTERED**
October 25, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JULIO SANTIAGO AND PATRICIA DOUGLAS § § § <br> vs. § § § <br> LIBERTY MUTUAL INSURANCE COMPANY AND STEPHEN BELL § § | Civil Action No. 4:16-cv-674 <br> (JURY) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on Plaintiffs Julio Santiago and Patricia Douglas and Defendants Liberty Insurance Corporation (incorrectly named as "Liberty Mutual Insurance Company") and Stephen Bell's Joint Motion for Dismissal With Prejudice. Upon consideration of the Motion, and it appearing same is for good cause and that the claims and causes of action herein have been settled by the parties, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

IT IS, THEREFORE, ORDERED that this matter is hereby **DISMISSED WITH PREJUDICE**, each party to bear their respective costs.

This Order disposes of all claims and all issues by and between the parties and constitutes a final appealable order.

**SO ORDERED.**

Dated: __Oct 25__, 2016.

_____
Presiding Judge

**AGREED TO AS TO FORM AND**

SUBSTANCE AND ENTRY REQUESTED:


_/s/ Carla R. Delpit_
**Bryant Fitts/Carla R. Delpit**
bfitts@fittslawfirm.com/ cdelpit@fittslawfirm.com
**Attorney for Plaintiffs Julio Santiago and Patricia Douglas**


_/s/ J. Mark Kressenberg_
**J. Mark Kressenberg/ Dawn A. Moore**
jkressenberg@sheehyware.com/dmoore@sheehyware.com
**Attorneys for Defendants Liberty Insurance Corporation and Stephen Bell**


2633162_1.docx